UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMOND McCOY, | ) |
| | ) |
|     Petitioner, | ) Case No. CV 11-6134 PA (AJW) |
| | ) |
|     v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| T. L. GONZALEZ, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|     Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: December 10, 2015

_____
Percy Anderson
United States District Judge