JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAMOND McCOY, | Case No. CV 11-6134-PA(AJW) |
|     Petitioner, | |
| v. | JUDGMENT |
| T.L. GONZALEZ, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 10, 2015

_____
Percy Anderson
United States District Judge